```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Tammy L. Davis,

    Plaintiff,

  v.                              Case No. 2:16-cv-473

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

### ORDER

Plaintiff has filed an uncontested motion for voluntary dismissal of her complaint with prejudice.  The motion (Doc. 15) is granted, and the above case is hereby dismissed with prejudice.

Date: October 4, 2016              s/James L. Graham
                                    James L. Graham
                                    United States District Judge